

FILED IN
COURT OF APPEALS
FEB 1 6 1999
LISA ROMBOK
CLERK, 5th DISTRICT

05-95-01740-CR

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. 73,304

### EX PARTE JEFFREY NICKEY DAVIS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS FROM DALLAS COUNTY

*The opinion was delivered per curiam.*

## OPINION

This is a post-conviction application for a writ of habeas corpus forwarded to this Court pursuant to Article 11.07, § 3, *et seq.*, V.A.C.C.P. The Applicant contends he was denied his right to appeal from his conviction for attempting to compel prostitution. The trial court entered findings of fact and conclusions of law in which it was recommended that Applicant be granted an out-of-time appeal. We agree with the recommendation in that the record reflects that Applicant was denied an appeal through no fault of his own. We find Applicant is entitled to relief.

Habeas corpus relief is granted and Applicant is granted an out-of-time appeal from his

conviction in cause number F94-43381-N from the 195th District Court of Dallas County. The proper remedy in a case such as this is to return Applicant to the point at which he can give notice of appeal. For purposes of the Texas Rules of Appellate Procedure, all time limits shall be calculated as if the conviction had been entered on the day that the mandate of this Court issues. We hold that Applicant, should he desire to prosecute an appeal, must take affirmative steps to see that notice of appeal is given within thirty days after the mandate of this Court has issued.

PER CURIAM

DO NOT PUBLISH

DELIVERED: **February 10, 1999**



Court of Criminal Appeals
Box 12308
Capitol Station
Austin, Texas 78711

US POSTAGE 0.26 1

PRESORTED
FIRST CLASS

AUSTIN TX
FEB 11 '99



LISA ROMBOK
CLERK 5TH COURT OF APPEALS
COURTHOUSE 600 COMMERCE 2ND FLOOR
DALLAS TX 75202

73,304